IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ARTURO MALDONADO-MEDINA ,<br><br>        Defendant. | 4:21CR3004<br><br>**ORDER** |

Upon arraignment of defendant this date and the entry of a plea of not guilty, and at the request of defense counsel,

  IT IS ORDERED:

1)   **Discovery.** Within fourteen (14) days of this date, counsel shall confer and accomplish discovery in accordance with NECrimR16.1 and Fed.R.Crim.P.16. The United States Attorney shall disclose Brady v. Maryland (and it's progeny) material as soon as practicable.

2)   A trial date will not be set at this time. Instead, a status hearing will be held at 3:30 p.m. on February 10, 2021 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. 30 minutes have been set aside for this hearing. The defendant, defense counsel, and counsel for the government are ordered to appear for this hearing.

January 29, 2021.

                                                  BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge